| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nexus Bankruptcy<br>Benjamin Heston<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>Jovan Ivanoe Albarran Nava<br><br><br><br><br>Debtor(s). | CASE NO.: 8:25-bk-10861-SC<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 04/03/2025    Jovan Ivanoe Albarran Nava    _____
                    Printed name of Debtor 1            Signature of Debtor 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                             Page 1                             F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____  _____  _____
                            Printed name of Debtor 2                    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    Page 2                                              **F 1002-1.EMP.INCOME.DEC**

HD Roofs, Inc.
5022 W 5th St
Santa Ana CA 92703

Pay Stub Detail
PAY DATE: 02/07/2025
NET PAY: $935.74

Jovan Albarran
1729 W Wilshire Ave
Santa Ana CA 92704

| EMPLOYER | PAY PERIOD | |
|---|---|---|
| HD Roofs, Inc. | Period Beginning | 01/26/2025 |
| 5022 W 5th St | Period Ending: | 02/01/2025 |
| Santa Ana CA 92703 | Pay Date: | 02/07/2025 |
| | Total Hours: | 34.60 |

EMPLOYEE
Jovan Albarran
1729 W Wilshire Ave
Santa Ana CA 92704

SS#: ...7959

| BENEFITS | Accrued | Used | Available | | |
|---|---|---|---|---|---|
| Sick | 1.15 | 0.00 | 5.15 | NET PAY: | $935.74 |
| | | | | Acct#....3702: | $935.74 |

MEMO:

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 32.00 | 33.00 | 1,056.00 | 6,364.38 | | | |
| Overtime Pay | 2.60 | 49.50 | 128.70 | 1,708.75 | | | |
| Sick Pay | - | 33.00 | 0.00 | 264.00 | | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 102.96 | 915.77 |
| Social Security | 73.45 | 516.90 |
| Medicare | 17.18 | 120.89 |
| CA Income Tax | 41.15 | 379.91 |
| CA State Disability Ins | 14.22 | 100.05 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,184.70 | $8,337.13 |
| Taxes | $248.96 | $2,033.52 |
| Deductions | $0.00 | $0.00 |

**Net Pay** $935.74

HD Roofs, Inc.
5022 W 5th St
Santa Ana CA 92703

Pay Stub Detail
PAY DATE: 02/14/2025
NET PAY: $710.03

Jovan Albarran
1729 W Wilshire Ave
Santa Ana CA 92704

**EMPLOYER**
HD Roofs, Inc.
5022 W 5th St
Santa Ana CA 92703

**PAY PERIOD**
Period Beginning: 02/02/2025
Period Ending: 02/08/2025
Pay Date: 02/14/2025
Total Hours: 24.65

**EMPLOYEE**
Jovan Albarran
1729 W Wilshire Ave
Santa Ana CA 92704

SS#: ...7959

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.65 | 5.00 | 0.81 |

NET PAY: $710.03
Acct#....3702: $710.03

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 16.00 | 33.00 | 528.00 | 6,892.38 |
| Overtime Pay | 3.65 | 49.50 | 180.68 | 1,889.43 |
| Sick Pay | 5.00 | 33.00 | 165.00 | 429.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 65.64 | 981.41 |
| Social Security | 54.17 | 571.07 |
| Medicare | 12.67 | 133.56 |
| CA Income Tax | 20.69 | 400.60 |
| CA State Disability Ins | 10.48 | 110.53 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $873.68 | $9,210.81 |
| Taxes | $163.65 | $2,197.17 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$710.03** | |

HD Roofs, Inc.
5022 W 5th St
Santa Ana CA 92703

Check No.: 2027

Pay Stub Detail
PAY DATE: 02/21/2025
NET PAY: $454.69

Jovan Albarran
1729 W Wilshire Ave
Santa Ana CA 92704

---

Check No.: 2027

**EMPLOYER**
HD Roofs, Inc.
5022 W 5th St
Santa Ana CA 92703

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 02/09/2025 |
| Period Ending: | 02/15/2025 |
| Pay Date: | 02/21/2025 |
| Total Hours: | 15.98 |

**EMPLOYEE**
Jovan Albarran
1729 W Wilshire Ave
Santa Ana CA 92704

SS#: ...7959

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.53 | 0.00 | 1.34 |

**NET PAY:** $454.69

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 15.58 | 33.00 | 514.14 | 7,406.52 |
| Overtime Pay | 0.40 | 49.50 | 19.80 | 1,909.23 |
| Sick Pay | - | 33.00 | 0.00 | 429.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 24.87 | 1,006.28 |
| Social Security | 33.10 | 604.17 |
| Medicare | 7.74 | 141.30 |
| CA Income Tax | 7.13 | 407.73 |
| CA State Disability Ins | 6.41 | 116.94 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $533.94 | $9,744.75 |
| Taxes | $79.25 | $2,276.42 |
| Deductions | $0.00 | $0.00 |

**Net Pay** $454.69

HD Roofs, Inc.
5022 W 5th St
Santa Ana CA 92703

Check No.: 2136

Pay Stub Detail
PAY DATE: 02/28/2025
NET PAY: $1,066.70

Jovan Albarran
1729 W Wilshire Ave
Santa Ana CA 92704

---

Check No.: 2136

**EMPLOYER**
HD Roofs, Inc.
5022 W 5th St
Santa Ana CA 92703

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 02/16/2025 |
| Period Ending: | 02/22/2025 |
| Pay Date: | 02/28/2025 |
| Total Hours: | 41.42 |

**EMPLOYEE**
Jovan Albarran
1729 W Wilshire Ave
Santa Ana CA 92704

SS#: ...7959

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 1.38 | 0.00 | 2.72 |

**NET PAY:** $1,066.70

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 39.67 | 33.00 | 1,309.11 | 8,715.63 |
| Overtime Pay | 1.75 | 49.50 | 86.63 | 1,995.86 |
| Sick Pay | - | 33.00 | 0.00 | 429.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 145.79 | 1,152.07 |
| Social Security | 86.54 | 690.71 |
| Medicare | 20.24 | 161.54 |
| CA Income Tax | 59.72 | 467.45 |
| CA State Disability Ins | 16.75 | 133.69 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,395.74 | $11,140.49 |
| Taxes | $329.04 | $2,605.46 |
| Deductions | $0.00 | $0.00 |

**Net Pay** $1,066.70

HD Roofs, Inc.
5022 W 5th St
Santa Ana CA 92703

Pay Stub Detail
PAY DATE: 03/07/2025
NET PAY: $627.88

Jovan Albarran
1729 W Wilshire Ave
Santa Ana CA 92704

**EMPLOYER**
HD Roofs, Inc.
5022 W 5th St
Santa Ana CA 92703

| PAY PERIOD | |
|---|---|
| Period Beginning | 02/23/2025 |
| Period Ending: | 03/01/2025 |
| Pay Date: | 03/07/2025 |
| Total Hours: | 21.77 |

**EMPLOYEE**
Jovan Albarran
1729 W Wilshire Ave
Santa Ana CA 92704

SS#: ...7959

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.72 | 0.00 | 3.44 |

| | |
|---|---|
| NET PAY: | $627.88 |
| Acct#....3702: | $627.88 |

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 19.02 | 33.00 | 627.66 | 9,343.29 |
| Overtime Pay | 2.75 | 49.50 | 136.13 | 2,131.99 |
| Sick Pay | - | 33.00 | 0.00 | 429.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 52.45 | 1,204.52 |
| Social Security | 47.36 | 738.07 |
| Medicare | 11.07 | 172.61 |
| CA Income Tax | 15.86 | 483.31 |
| CA State Disability Ins | 9.17 | 142.86 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $763.79 | $11,904.28 |
| Taxes | $135.91 | $2,741.37 |
| Deductions | $0.00 | $0.00 |

**Net Pay** $627.88

HD Roofs, Inc.  
5022 W 5th St  
Santa Ana CA 92703

Check No.: 2158

Pay Stub Detail  
PAY DATE: 03/21/2025  
NET PAY: $233.71

Jovan Albarran  
1729 W Wilshire Ave  
Santa Ana CA 92704

---

Check No.: 2158

**EMPLOYER**  
HD Roofs, Inc.  
5022 W 5th St  
Santa Ana CA 92703

**PAY PERIOD**  
Period Beginning: 03/09/2025  
Period Ending: 03/15/2025  
Pay Date: 03/21/2025  
Total Hours: 7.77

**EMPLOYEE**  
Jovan Albarran  
1729 W Wilshire Ave  
Santa Ana CA 92704

SS#: ...7959

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.26 | 0.00 | -0.02 |

**NET PAY:** $233.71

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 7.77 | 33.00 | 256.41 | 9,863.70 |
| Overtime Pay | - | 49.50 | 0.00 | 2,150.31 |
| Sick Pay | - | 33.00 | 0.00 | 561.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 1,217.11 |
| Social Security | 15.90 | 779.65 |
| Medicare | 3.72 | 182.34 |
| CA Income Tax | 0.00 | 487.81 |
| CA State Disability Ins | 3.08 | 150.91 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $256.41 | $12,575.01 |
| Taxes | $22.70 | $2,817.82 |
| Deductions | $0.00 | $0.00 |

**Net Pay** $233.71

HD Roofs, Inc.
5022 W 5th St
Santa Ana CA 92703

Check No.: 2164

Pay Stub Detail
PAY DATE: 03/28/2025
NET PAY: $875.49

Jovan Albarran
1729 W Wilshire Ave
Santa Ana CA 92704

---

Check No.: 2164

**EMPLOYER**
HD Roofs, Inc.
5022 W 5th St
Santa Ana CA 92703

| PAY PERIOD | |
|---|---|
| Period Beginning | 03/16/2025 |
| Period Ending: | 03/22/2025 |
| Pay Date: | 03/28/2025 |
| Total Hours: | 32.67 |

**EMPLOYEE**
Jovan Albarran
1729 W Wilshire Ave
Santa Ana CA 92704

SS#: ...7959

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 1.09 | 0.00 | 1.07 |

**NET PAY:** $875.49

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 31.25 | 33.00 | 1,031.25 | 10,894.95 |
| Overtime Pay | 1.42 | 49.50 | 70.29 | 2,220.60 |
| Sick Pay | - | 33.00 | 0.00 | 561.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 92.98 | 1,310.09 |
| Social Security | 68.30 | 847.95 |
| Medicare | 15.97 | 198.31 |
| CA Income Tax | 35.58 | 523.39 |
| CA State Disability Ins | 13.22 | 164.13 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,101.54 | $13,676.55 |
| Taxes | $226.05 | $3,043.87 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$875.49** | |